UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sharon Halverson,                          Civil No. 08-784 (JNE/SRN)

      Plaintiff,

v.                                         **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

---

    Lionel H. Peabody, Peabody Law Office, P.O. Box 10, Duluth, Minnesota 55801, on behalf of Plaintiff.

    Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Petition for Attorney's Fees [Doc. No. 27] is **GRANTED** and Plaintiff's attorney be awarded $6,743.55 in fees under the EAJA.

Dated: July 28, 2009

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge