UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sharon Halverson,                                       Civil No. 08-784 (JNE/SRN)

      Plaintiff,

v.                                                                        **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

___

      Lionel H. Peabody, Peabody Law Office, P.O. Box 10, Duluth, Minnesota 55801, on behalf of Plaintiff.

      Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

___

      This matter is before the Court on two Reports and Recommendations of United States Magistrate Judge Susan Richard Nelson [Doc. Nos. 39 and 45]. No objections to the Reports and Recommendations were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act [Doc. No. 31] is **GRANTED**;

2. Plaintiff is awarded $6,743.55 in fees; and

3. Plaintiff's Petition for Approval of an Attorney's Fee Under the Social Security Act [Doc. No. 40] is **DENIED**.

Dated:  July 28, 2009

                                                          s/  Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge